Decided October 13, 2004

STATE OF CONNECTICUT *v.* JEREMIAH PEREZ

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 27 (AC 24417), is denied.

*Jane E. Carroll*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided October 13, 2004